UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELAINA J. PETERS,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

File no: 1:16-CV-1198

HON. ROBERT J. JONKER

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**NOW THEREFORE**, the Report and Recommendation (ECF No. 17) is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that:

The decision of the Commissioner of Social Security is hereby **VACATED** and the matter is remanded to the Commissioner under sentence four of 42 U.S.C. §405(g) for further administrative proceedings.

Date:   November 30, 2017                 /s/ Robert J. Jonker
                                                                         ROBERT J. JONKER
                                                                         CHIEF UNITED STATES DISTRICT JUDGE